MAY 1 5 2008
FILED
MAY 1 5 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS CHICAGO EASTERN DISTRICT

| | |
|---|---|
| THE STATE OF ILLINOIS, MOUNT PROSPECT) POLICE DEPARTMENT, ROLLING MEADOWS ) 3Rd MUNICIPAL DISTRICT CIRCUIT COURT ) ) ) ) ) ) | **CASE NO. # 08300147-601** |

**Plaintiffs**

**VS.**

**Saadiq Abdul Raheem Ali Bey**

**Defendant**

**NOTICE OF REMOVAL
A DIVERSITY OF CITIZENSHIP ACTION
PURSUANT TO: 28 USC 1331, 1441-1446**

08CV 2831
JUDGE GOTTSCHALL
MAGISTRATE JUDGE  SCHENKIER

---

### (FROM MUNICIPAL COURT TO FEDERAL COURT 28 U.S.C. 1331 &1441-1446)

**PETITIONERS, DEFENDANT, CLASS.**

**Official Notice is hereby served on the State of Illinois, Inc., all Judicial Sub-Divisions, Counties, Officials, Agents and State and County Police Officers/ Employees, and the above named Defendants-all Cases and Jurisdiction/Venue moved to the Federal Court.  All matters, Complaints, Traffic Tickets/Suits, Bench Summons, Citations, etc., (misrepresented as lawful warrants, etc.), and all Cases suffering a 'Want of Jurisdiction" must be filed with the Federal Court, pursuant to proper Jurisdiction and Venue named hereinafter.**

I

### PLAINTIFFS

**ROLLING MEADOW 3RD MUNICIPAL CIRUT COURT OF COOK, COUNTY**, and all officials, employees and subcontractors, etc.

**STATE OF ILLINOIS, MOUNT PROSPECT POLICE DEPARTMENT** and all employees, agents, officers, assignees, etc.

### DEFENDANT

**Saadiq Abdul Raheem Ali Bey**, Moorish American National, In Propria Persona, Proceeding Sui Juris, Status at Law: Free White Person

II

## JURISDICTION

Jurisdiction/Venue are hereby placed in one Supreme Court, pursuant to Article 3, Section 2 for The United States Republic, under the Constitution.

"The Judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; to all Cases affecting Ambassadors, other public Ministers and Consuls; to all cases of admiralty and maritime Jurisdiction to which controversies to which the United States shall be party; to controversies between two or more States; between a State claiming Lands under Grants of different States, and between a Sate, or the Citizens thereof, and foreign States, Citizens or Subjects".

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be a Party, the Supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the Supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

### Jurisdiction in Cases affecting Ambassadors, other public Ministers, and Consuls.

United States District Court has original Jurisdiction, exclusive of the Courts of the States, of all Civil actions and proceedings against Consuls or Vice-Consuls of foreign States, or Members of a Mission or Members of their families (as such terms are defined in § 2 of the Diplomatic Relations Act [22 USCS § 254a]).

As Consular Courts were abolished in 1956 A.D., 1376 Moorish Calendar year, all issues between the Moorish Americans and European Nations, being of a Treaty Nature are obviously of a Federal jurisdiction. The States cannot make treaties and therefore, have no jurisdiction. A change of venue should be automatically recognized by inferior courts. Any jurisdiction claimed without mutual agreement within the prescribed proper forum, is void of Law. Federal and State officials must set up Consular Courts to have lawful jurisdiction in Moorish Affairs.

Where provisions are not made to address Foreign Relations and Intercourse in a Consular Court, as prescribed by law, then no jurisdiction exists! A Court of General Sessions, Congressionally sanctioned, in accord with the National Constitutions and Treaties, with Consular's and officials representing both nations/nationals, present and In Propria Persona would be proper jurisdiction. All parties would operate by de jure Constitutional and Treaty law.

If there is no proper jurisdiction or venue, then no lawful or legal trial can be held, therefore, all rights revert back to the People (Self-government with Sovereign Authority). This is where Certificate AA 222141 clearly proves its purpose. When government officials supersede their jurisdiction, or deny lawful due process, redress, recourse and remedy, "At Law", then they are the criminals, and are traitors to the Constitution and Treaty to which they are bound by law and from whence they derive any Authority at all! This is where the Supreme Law of the Land comes into effect.

### 28 U.S.C. & 1331.Federal Question

The District courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or Treaties of the United States.

**28 U.S.C. & 1332.Diversity of citizenship; amount in controversy; costs**

a.  The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs, and is between:
1.    Citizens of different States;
2.    Citizens of a State and citizens or subjects of a foreign state;
3.    Citizens of a different States and in which citizens or subjects of a foreign state are additional parties; and
4.    A foreign state, define in section 1603 (a) of this title, as plaintiff and citizens of a State or different States.

**28U.S.C & 1406.Cure of Waiver of Defects**

**28U.S.C. & 1441.Actions removable generally**

b)  Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties.  Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

**Moors are not citizens of the Union States Society, but are the natural people of the Continental United States, being Part and Parcel of the government to which the Union of States is obligated. The Constitutions of the two nations, in conjunction with treaties, are the working tools for adjudication in jurisdictional argument, procedures and venue**

**COMES NOW, Saadiq Abdul Raheem Ali Bey flesh and Blood Free Born Moorish American National, Council, Diplomat, Natural Citizen of the United States of America Republic dwelling inside the Illinois Territory within Illinois State Republic, Private Sovereign, In Propria Persona, Proceeding Sui Juris, Status at Law: Free White Person, a classified truth A-1 Freehold by inheritance, original Indigenous Moor of a general and permanent character Class A according to Rights of Indigenous People E/Cn. 4/ Sub.2/1994/Add. ! (1994), nonresident alien, descendant of Indigenous Moroccans born on American soil from a maternal nativity.  Not to be intermixed with the stramineus homo idem sonans nom de guerre 14th amendment U.S. citizen/corporation "ROBERT MARION WAKEFIELD" CREATED BY A HIDDEN OR ADHESION CONTRACT THAT HAS NO STANDING IN A COURT OF LAW FOR Nul Tell Corporation, to inform the court it lacks Jurisdiction over this living breathing soul.  The Petitioner in the above-styled and numbered cause of action, (No. 08300147-601) files this Notice of Removal. The Petitioner/ Defendant possessing Freehold by inheritance status; standing squarely affirmed and bound to the Zodiac Constitution (Nature's Law) with reason and all due respect to the written Constitution, derived from our ancient Civilization principles, for fundamental guidance and governance of the peoples and the citizens of the United States Republic of North America.  We, the People of the United States, are the people of the land; the Indigenous Aboriginal sovereign people of the Al Morocs (Americas), being descendants of Moroccans and born in America.  THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., initiated in the year 1784 A.D. corresponding to Moorish Calendar year 1200 M.C., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED AND THIRTY-SIX (1836) A.D. IN FORCE; the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Supreme Law of the Land, i.e. The Constitution:, including but not limited to the First Amendment, Fourth Amendment, Sixth Amendment, Eighth Amendment, Ninth**

Amendment, Tenth Amendment, Thirteenth Amendment, the International Covenanton Civil  and Political Rights, and the Universal Declaration of Human Rights.  See Supremacy Clause. The Divine Constitution and By-Laws of the Moorish Science Temple of America,

The Great Seal Zodiac Constitution for the Moorish Al Moroccan [Americas by custom and by culture] and as registered with the Library of Congress and the Department of Justice, Washington, District of Columbus-Truth A1, AA222141 Federal Citizens Foreign Relations and Intercourse. U.S.C. 22 and pursuant to Title 8 USC § 1401 – Citizenship, Common Law Chapter 4-1, evidence 14-1-50 (Common Law of England shall continue in effect, 15 Am Jur 2d, Common Law 12.13 Wallace United States Supreme Court Page #679, Watson v. Jones April 15, 1872 Page # 269, in the <u>State of North Carolina v. Knight 1799</u>.  The Treaty of Peace and Friendship Between the United States and the Bey and Tripoli of Barbary the 4th day of November, Seventeen Hundred and Ninety-six (1796), The United States of America Constitution Article IV, Section 3, Clause 2, and Section 4., The United States Statutes At Large, Title 18, Section 112, 878 and 111.  Statute 15, United States Statutes At Large – Ch. 249-250 pgs. 223-224, Section 12, R.S, 1999, 8 USC § 1481.  'The Great Binding Law of Gayanashgwa', International Law, The United Nations Rights of the Indigenous People, The United Nations Proclamations of Human Rights.

### III

### THE DRED SCOTT CASE OF 1854-1857

The United States Supreme Court clarified all issues of citizenship and sovereignty, in relationship to United States of America, concerning not only Dred Scott, but anyone of African descent. The court further addresses a person's lack of ability to make a lawful suit-not in their proper person or not In Propria Persona.

The Dred Scott Case of 1857 is the most important and far reaching slave case ever to come before the Supreme Court of the United States of America.  It settled all arguments regarding people called Negro, Black, African, etc.  The decision was that they are not and can never be citizens of the United States of America.  This stands as the Law of the Land, and has never changed.

### THE TREATY OF PEACE AND FRIENDSHIP OF 1787 / 1836 A.D.

#### Between United States and Morocco

#### Article 20

"If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him."

#### Article 21

"If any citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever."

# RIGHTS OF THE INDIGENOUS PEOPLE

*E/Cn. 4/Sub. 2/1994/2/ Add. 1 (1994)*

## Article 2

**"Indigenous individuals and peoples are free and equal to all other individuals and peoples in Dignity and Rights, and have the Right to be Free from any kind of adverse discrimination; in particular that based on their Indigenous origin or Identity."**

## Article 5

**"Every Indigenous Individual Has The right To A Nationality"**

## Article 8

**"Indigenous peoples have the collective and individual Right to maintain and develop their distinct identities and characteristics, including the right to identify themselves as Indigenous and to be recognized as such."**

## Article 36

**"Indigenous peoples have the right to the recognition, observance and enforcement of Treaties, Agreements and other constructive Arrangements concluded with states or their successors, according to their original spirit and intent, and to have states honor and respect such Treaties, Agreements and other constructive arrangements, conflicts and disputes which cannot otherwise be settled should be submitted to competent International bodies agreed to by all Parties concerned."**

## Article 39

**"Indigenous peoples have the right to have access to and prompt decision through mutually acceptable and fair procedures for the resolution of conflicts and disputes with states, as well as to effective remedies for all infringements of their individual and collective Rights. Such a decision shall take into consideration the custom, traditions, rules and legal System of the Indigenous peoples concerned."**

## The Declaration of Human Rights

## Article 15

**"(1) Everyone has the right to a nationality. (2) No one shall be arbitrarily deprived of his Nationality, nor denied the right to change his Nationality."**

For one to be protected by these Human Rights, one must declare being human to begin with. Human Rights pertain to Natural people only, who are the Sovereign people and does not include artificial, corporate, or State-ward status.

## IV

## CAUSE OF ACTION

**ROLLING MEADOWS 3RD MUNICIPAL DISTRICT CIRCUIT COURT OF COOK, COUNTY,** and its agents, assignees, officials, officers, corporate employees, etc. are a party to this matter in their exercising of color of law, Title 18 USC § 241, 242, having notwithstanding inferior jurisdiction with no consent of Congress of the United States. Numerous actions committed by ROLLING MEADOWS 3RD MUNICIPAL DISTRICT CIRCUIT COURT OF COOK, COUNTY constitutes **Fraud, Misrepresentations, Title 18 USC § 1001, Material Representations, Sovereign Camp, W. O. W., v. Parker, 36 Ga. App. 695,138 S.E. 86, 87,** ransom on a Artifice, "Nom de Guerre" Ward ship, Straw man Misnomer, created by Law and exercising Ultra Virus Statutes, also by forcing mandatory compliance on a Natural Person with no immunity, or remedy for a Natural Person against an Incorporated Political Unit of Self-Government, established by the political powers of the General Assembly of each State of the Union, based on the Roman Catholic Church MAGNA CARTER Civil Laws Code in the city of Philadelphia, Pa, in the year 1854, **Erie v. Clearfield Doctrine, Sundry Free Moors Act of 1789-1790 Resolved by the Senate and House of Representatives of the United States of America in Congress assembled. Divine Constitution of the Moorish Science Temple Of America Act 6, filed for record Cook County Illinois form # 1099, Moorish Zodiac Constitution Article 2 Filed for record in the Library of Congress truth A-1, Resolution # 75 Resolved by the House of Representatives in the year of our Lord 1933 Pennsylvania, Monmouth County Recorders.** ROLLING MEADOWS 3RD MUNICIPAL CIRCUIT COURT OF COOK, COUNTY was served on 21th day of March, 2008 with an Affidavit of Special Appearance, Lawful Notice: Affidavit of Notice of Right to Cancel, and Certified Demand For Proof of Jurisdiction.

**STATE OF ILLINOIS: MOUNT PROSPECT POLICE DEPARTMENT** and its agents, assignees, officials, officers, corporate employees, etc., is a party to this matter by alleged PEACE OFFICER/EVIDENCE TECHICAN THOMAS HOSKINSON #233 acting under the *color of law and authority* pursuant to Title 18 USC § 242, by unlawfully stopping Moorish National while exercising his Inalienable rights of traveling upon the public Highway, by right, which police cannot make void, which constituted an arrest without a 4th Amendment warrant or proper Delegation of Authority of Federal Jurisdiction. **State v. Armstead, 60 s 778, 779, and 781.** PEACE OFFICER THOMAS HOSKINSON #233, on March 13th, 2008, observed this petitioner conyance displaying Moorish National plates parked in forest cove apartment complex which is located in the CORPORATION know as MOUNT PROSPECT ILLINOIS. PEACE OFFICER THOMAS HOSKINSON STAR# 233, observed this petitioner walking towards his conyance, as this petitioner got into his conyance and started traveling towards the exit of the apartment complex, I notice a second squad car approaching. As this petitioner began to travel out of the apartment complex, the second squad car turn around and began to follow this petitioner. As this petitioner travel of the apartment complex, he also notice PEACE OFFICER THOMAS HOSKINSON STAR#233 parked on the opposite side of the apartment complex waiting for this petitioner to exit the parking lot. As this petitioner proceeded to travel down Busse Avenue, PEACE OFFICER THOMAS HOSKINSON and the second PEACE OFFICER proceeded to follow this petitioner until he pulled into a CITGO gas station also located on Busse Road. As I began to step out my conyance, PEACE OFFICER THOMAS HOSKINSON STAR # 233 approach me and asked do I have a driver license and where did I get the plates from, this petitioner stated that I don't have a contract with the state, I don't hold state documentation, and I received my Moorish National Plates from the Moorish Government. This petitioner presented his International Road Traveler Card to PEACE OFFICER THOMAS HOSKINSON

BADGE # 233 in place of an Illinois driver license.  The alleged PEACE OFFICER THOMAS HOSKINSON STAR # 233 stated that this was not acceptable and it was fraud.  This petitioner stated to PEACE OFFICER THOMAS HOSKINSON BADGE #233 that is was not fraud and I have documentation that was filed in the County Recorder's office that he can view in regards to my Right to Travel (Plate Notice, Right to Travel, and Moorish Travel Brief) the PEACE OFFICER THOMAS HOSKINSON STAR #233 stated that he don't care about my documentation and am going to jail for fraud.  The Alleged PEACE OFFICER THOMAS HOSKINSON BADGE #233 was informed that I have the Right to travel and I don't need Illinois plates.  PEACE OFFICER THOMAS HOSKINSON BADGE #233 got hostile, in **violation of the police code of conduct** and asked this petitioner to place his hands behind his back.  After placing this petitioner in handcuffs, PEACE OFFICER THOMAS HOSKINSON BADGE #233 began searching me, and removing my Moorish Nationals plates and personal property from my conyance without a search warrant issued from a Judge.

### **(625 ICS 5/2-111 from Ch.95 ½, par. 2-111)**
### **Section. 2-111 Seizure of documents and plates.**

(a) **The Secretary of State is authorized to take possession of any certificate of title, registration card, permit, license, registration plate, plates or registration sticker issued by him or her upon expiration, revocation, cancellation or suspension thereof, or which is fictitious, or which has been unlawfully or erroneously issued.**  Police officers who have reasonable grounds to believe that any item or items listed in this section should be seized shall request the Secretary of State to take possession of such item or items.

### **Constitution of the State of Illinois**

### **Article 1**

### **Bill of Rights**

### **Section 6. SEARCHES, SEIZURES, PRIVACY AND INTERCEPTIONS**

The people shall have the right to be secure in their persons, house, papers and other possessions against unreasonable searches, seizures, invasions of privacy or interceptions of communication by eavesdropping devices or other means.  No warrant shall issue without probable cause, supported by affidavit particularly describing the place to be searched and the persons or things to be seized.

PEACE OFFICER THOMAS HOSKINSON BADGE #233 destroyed the inside of this petitioner conyance.  PEACE OFFICER THOMAS HOSKINSON BADGE #233 was in blatant disrespect of the **U.S. Constitution, Illinois State Constitution, and The Treaty of Peace and Friendship of 1787 between United States and Morocco.**  This artificially constructed and "colored" state of affairs and political status – conditioning transmogrifies the "natural person" into a "corporation or artificial person".  Thereby, human rights and birthrights do not apply to such construction, having no Constitution of life-order. This strategy will enable "racketeers i.e., Defendants to legally (while not lawfully) enforce the Corporation Excise Tax Laws governing corporate privileges, upon the "natural person", to whom such excise taxes do not "lawfully" apply in violation of Declaration of Human Rights (including but limited to) – Article 2, 4, 5, 8, 16, 31, 32, 33, 36, 38, 39, and 15b: "No one should arbitrarily be deprived of his or her Nationality nor denied the right to change his nationality".  Article 9: "No one shall be subjected to arbitrary arrest, detention or exile".

The next day, during bond hearing, Shiek Saadiq Abdul Raheem Ali Bey was released on a $12,000.00, bond, and colorable summons to appear in a Foreign and Inferior Jurisdiction, i.e. ROLLING MEADOWS 3RD MUNICIPAL CIRUIT COURT OF COOK, COUNTY, by way of a Summons/citation/suit, absent of a signed affidavit or sworn oath and upon False allegations Displaying of unauthorized registration, No insurance, and Aggvated use of a weapon which is converting a right into a crime **Miller v. Kansas 230 F 2nd 486, 489** based on Notwithstanding Illinois State Statutes, which denies or disparages Inalienable Rights, protected and Secured by the National Constitution of and for the United States Republic. **Miranda v. Arizona 384 US 436, 125** Such actions **are violations against THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. / superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED AND THIRTY-SIX (1836) A.D. IN FORCE / THE SUPREME LAW OF THE LAND-CONSTITUTION; THE UNITED NATIONS AND GENERAL ASSEMBLY "UNIVERSAL DECLARATION OF HUMAN RIGHTS"; THE UNITED NATIONS GENERAL ASSEMBLY "DECLARATION OF THE RIGHTS OF THE CHILD"; THE RIGHTS OF INDIGENOUS PEOPLE; THE IILINOIS STATE CONSTITUTION "in harmony with the Federal Constitution". The Defendants are also in VIOLATION OF AMENDMENT IX (THE BILL OF RIGHTS OF SEVENTEEN HUNDRED AND NINETY-ONE (1791); CONSTITUTING FRAUD BY INDUCEMENT - TITLE 18 USC § 241, 242; MALFEASANCE OF OFFICE (State ex rel. Knabb v. Frater, 198 Wash); MALICE; FUGITIVE OF FIDUCIARY DUTY; BREACH OF FIDUCIARY DUTY; RACKETEERING; ARMED ROBBERY; EXTORTION; CONSPIRACY; HIGH TREASON; DISCRIMINATION; DEPRIVATION OF LIFE, LIBERTY AND PROPERTY; COERCION; FALSE ARREST; FALSE IMPRISONMENT; SLANDER; THEFT, THEATS; INVASION OF PRIVACY; KIDNAPING; HIJACKING; DEPRIVATION OF RIGHTS; EMBEZZELMENT; PERJURY OF OATH; KIDNAPPING; THEFT BY DECEPTION; MISREPRESENTATION; CONCERT OF ACTION; OBSTRUCTION OF JUSTICE; ARBITRARY et al.**

V

## JUSTIFICATION OF SURETY SUBROGATION: SETOFF DIVERSITY ASSESSMENT

By this action Petitioner seeks to recover damages against the surety on the public officer's "official Bond", for injuries resulting from acts alleged as cause, pursuant to title 28 U.S.C. 1359 [There can be No charge], giving rise to cause of action as determining subject matter jurisdiction and venue for redress, pursuant to Title 28 U.S.C. 1361 [Want of Jurisdiction]. A Removal under Tile 28 is hereby filed against the Respondents/Plaintiffs in their "official capacity" as well as in their personal "individual capacity" in this U.S. District court, requesting an order for relief under Tile 28 of the Diversity of Citizenship laws. Subject Matter Jurisdiction is shown on Annexed Exhibits hereto. I certify that I am the "Removal Preparer, pursuant to 28 U.S.C. 1441, and that this Removal is brought by Shiek Saadiq Abdul Raheem Ali Bey, having requested remedy of course for settlement which has been dishonor.

## VI

## CONCLUSION

I filed this NOTICE OF REMOVAL due to the STATE OF ILLINOIS; MOUNT PROSPECT POLICE DEPARTMENT PEACE OFFICER THOMAS HOSKINSON BADGE #233, AND ROLLING MEADOWS 3RD MUNICIPAL DISTRICT CIRUIT COURT OF COOK, COUNTY due to their display of total disregard to the Constitution for the United States of America, the Treaty of Peace and Friendship of 1786 between United States and Morocco, and the Constitution of Illinois State in which all of my Guaranteed Unalienable Rights are found embedded, yet being the PEACE OFFICER was able to so willfully and joyfully violate. The fact that ROLLING MEADOWS 3RD MUNICIPAL DISTRICT CIRUIT COURT OF COOK, COUNTY and PEACE OFFICER THOMAS HOSKINSON BADGE #233 their continuously violation of My Guaranteed Right to Due process Under the law, My right to challenge Jurisdiction, My Right to Freedom of Religious Expression and then to discriminate against me due to My Nationality without remorse. This type of attitude, that their above the law, instead of being an overseer of the administration of the law, has led me to believe that their disregard for the law.

The immediate release of my Diplomatic property is hereby notice; the immediate release not only pertains to the issue of a Lack of Jurisdiction over the person, but further pertains to the immediate return of Moorish National Plates, and other Diplomatic property. MOUNT PROSPECT POLICE DEPARTMENT does not have the right nor the authority to seize and take permanent possession of the diplomatically protected items since the same are protected under the rights of Diplomats, under both International Law and under the Laws of The Constitution for The United States of America Republic.

Governments are in power to protect and preserve the Inalienable Rights and Immunity of the **"People"**. They are not in power to abridge those rights, or to use the sovereign power entrusted in them only by the Constitution, to force the "People" into private corporate non-mutual adhesion contracts and 'States' coerced wardship Color of law schemes, against their will and interest. The Inalienable Rights and Immunities of the "People" are not for sale, through contract by government. Government authority is derived only from the agreed consent of the people they govern. A Constitution is, in fact, a contract between the people and natural persons, from amongst the people, elected to represent them, in a sovereign capacity. Any governmental official who claims jurisdiction or acts with authority outside the limits of the Constitution of a particular nation, is a criminal and a traitor.

Signed this 12th day in the Fifth Month (May), of the year of Allah, (Two-thousand and Eight, Fourteen-hundred and Twenty-Five) 1425 M.C.

**Constitutionally submitted,**

_Brenda L. Gerald_
NOTARY        Exp 6/16/2009

**OFFICIAL SEAL**
Brenda L. Gerald
Notary Public, State of Illinois
My Commission Exp. 06/16/2009

_Shiek Saadiq Abdul Raheem Ali Bey_        *Official Seal*
**Shiek Saadiq Abdul Raheem Ali Bey**
In Care Of: Post Office Box 2961
**Des Plaines Territory, Illinois state Republic**
**Postal Zone [60017] Exempt**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 08300147601

     SAADIQ      BEY

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint
with the Clerk of the Circuit Court.

Charging the above named defendant with:

     720 5/24-1.6(A)(1)(3)(A)         F     AGG USE OF WEAPON
     625 5/4-104(A)(4)                M     DISPLAY OF UNAUTHOR REGIS
     625 5/3-707                      T     NO INSURANCE
The following disposition(s) was/were rendered before the Honorable Judge(s):


03/14/08 PUBLIC DEFENDER APPOINTED
     HANLON KAY MARIE
03/14/08 PROBABLE CAUSE TO DETAIN
     HANLON KAY MARIE
03/14/08 BAIL AMOUNT SET                                          $   12000
     HANLON KAY MARIE
03/14/08 O/C ONLY REL DEF ON C/D BOND
     HANLON KAY MARIE
03/14/08 MOTION STATE - CONTINUANCE -MS      04/24/08 0378
     HANLON KAY MARIE
04/24/08 PUBLIC DEFENDER APPOINTED
     P.D. LEAVE TO WITHDRAW
     HANLON KAY MARIE
04/24/08 APPEARANCE FILED
     HANLON KAY MARIE
04/24/08 CONTINUANCE BY AGREEMENT            06/05/08 0379
     FOR ARR.
     HANLON KAY MARIE
04/24/08 PRELIMINARY HEARING
     HANLON KAY MARIE
04/24/08 TRANSFERRED                         06/05/08 0379
     HANLON KAY MARIE
04/24/08 FNDG PROB CAUSE
     HANLON KAY MARIE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 08300147601

SAADIQ        BEY

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint
with the Clerk of the Circuit Court.

                              I hereby certify that the foregoing has
                              been entered of record on the above
                              captioned case.
                              Date 05/08/08

                              _____
                                        DOROTHY BROWN
                              CLERK OF THE CIRCUIT COURT OF COOK COUNTY

# ATTN: SPEAKER OF THE HOUSE

Mr. Michael Madigan- Speaker of the House
Illinois General Assembly
300 Capitol Building
Springfield, Illinois Republic
united States of America [Via PZ 62706]

Saadiq Bey, Sui Juris - Petitioner
NON-DOMESTIC - P.O. Box 2961
Des Plaines, Illinois Republic
united States of America [Via PZ 60017]

SUBJECT: CONSTITUTIONAL ISSUES ONLY

AUTHORITIES: We The People

IMPEACHMENT:

On the 13th of March 2008, I was traveling along the highways and byways of the road, and the CORPORATE CIZITEN known as PEACE OFFICER THOMAS HOSKINSON BADGE #233 stop and harass Me, due to Me traveling with My Moorish National plates. PEACE OFFICER THOMAS HOSKINSON BADGE #233 assumed status and jurisdiction, even after I informed him of My Foreign National Status.  PEACE OFFICER THOMAS HOSKINSON BADGE#233 delayed Me from receiving Justice under the Law, and Justice delayed is Justice denied.

*A Peace Officer  is defined as*: This term is variously defined by statute in the different states; but generally it includes sheriffs and their deputies, constables, marshals, members of the police force of cities, and other officers whose duty is to enforce and preserve the public peace.

*Public Peace*: The peace or tranquility of the community in general; the good order and repose of the people composing a state or municipality.  That invisible sense of security which every man feels so necessary to his comfort, and for which all governments are instituted.

Black's Law Dictionary fourth Edition  [Abridged] pg 1287

COMPLAINTS: Violation of the USA Constitution

Article 3 Section 2 Supremacy Clause 2

1.    The PEACE OFFICER denied My Status and Jurisdiction, according to the USA Constitution and the Morocco Peace and Friendship Treaty of 1786.

2.  The PEACE OFFICER acted outside of his jurisdiction by violating My Unalienable Rights guaranteed Me by the USA Constitution the Morocco Peace and Friendship Treaty of 1786.
3.  The PEACE OFFICER violated his duty to serve and protect by illegal search and seizure of My Person and My Private Property without a warrant issued and signed by a judge.

## Article Three Supremacy Clause Three

1.  The PEACE OFFICER trespassed against the Constitution of the united States of America, this type of action by a judge or officer of the court has been established, by the USA Supreme Court as an act of treason.

## Article Four Supremacy Clause Four

1.  The PEACE OFFICER violated My Right of protections within a Republic [National] form of government, in which Illinois State is required to guarantee the supply of such form of government, as a condition of its Statehood within the Republic [Union] of the united States of America.

## Article Six Supremacy Clause Three

1.  The PEACE OFFICER violated the Treaty of Peace and Friendship of 1786 that was made under the authority of the united States of America Constitution, thus making it the Supreme Law of the Land.
2.  The PEACE OFFICER violated his oath of an officer, in which he swore to honor and protect the Constitution for the united States of America, from all enemies foreign and domestic.
3.  The PEACE OFFICER displayed unlawful activity such as making open threats towards Me for informing him that I am from another jurisdiction. Such acts instantly identified him as a domestic enemy of the Constitution for the united States of America, that all government officials, judges and officers of the court have taken an oath to serve and protect, We the People, from.

## First Amendment:

1.  The PEACE OFFICER implemented unestablished National law that deprived Me of My Unalienable Right of Freedom of Religion.
2.  The PEACE OFFICER implemented unestablished National law that deprived Me of My Unalienable Right of Freedom of Speech, by threatening Me when I questioned jurisdiction.
3.  The PEACE OFFICER implemented unestablished National law that deprived Me of My Unalienable Right of the Freedom of Choice, the Liberty which allows Me the Right to contract or not to contract with whomever or whatever I so chose. In denying My Status the PEACE OFFICER attempted to force Me to change My Status by Threats, Duress and Coercion. Attempting to forcing Me into a having a dual citizenship [a. Foreign National Citizen and b. US CORPORATE FEDERAL

Article One Section three

1.   The PEACE OFFICER violated My Right to Religious Freedom.
2.   The PEACE OFFICER violated My Right of Freedom of Expressing My Religious Belief.

Article One Section six

1.   The PEACE OFFICER search My Personal Property without a warrant issued by a judge.
2.   The PEACE OFFICER seized My Personal Property without a warrant issued by a judge.
3.   The PEACE OFFICER invaded My Private Person [space] by searching Me without probable cause.

Article One Section eight.1

1.   The PEACE OFFICER acted in a harsh manner.

Article One Section fifthteen

1.   The PEACE OFFICER has taken My Private Property without just compensation.

Article One Section sixteen

1.   The PEACE OFFICER has enforced ex post facto laws or law impairing the obligation of contracts or making an irrevocable grant of special privileges or immunities.

Article One Section seventeen

1.   The PEACE OFFICER exercised discrimination against My National Ancestry, My Race and My Religious Beliefs.

Article One Section twenty

1.   The PEACE OFFICER violated My Right to My Individual Dignity through his display of acts of hated and malice towards My Nationality.

Article One Section twenty-three
1.   The Peace Officer actions were not one of a peace officer, that recognizes obligations and responsibility to uphold the law.

CITIZEN] against My Will. Denying Me the Right to chose the Status of My Citizenship.

## Fourth Amendment

1.  The PEACE OFFICER violated My Right to be secure in My Private Person, My Citizenship Status Papers, My Private Conveyance and My Rights to possess Private Effects without unreasonable searches and seizures.
2.  The PEACE OFFICER violated My Rights by proceeding with his search and seizure without probable cause, without a warrant identifying the particular place and things that were to be search or seized and without support of his oath of duty.

## Fifth Amendment

1.  The PEACE OFFICER violated My Rights by depriving Me out of My Time in Life, My Liberty, My Private Properties, denying Me Due Process of law and by taken My Private Properties for public use without just compensation.

## Illinois State Constitution:

## Preamble

1.  The PEACE OFFICER has implemented laws that are not in order to provide to maintain equality; assure legal, social and economic justice, providing Me as an Individual, an Foreign National, Private Citizen the opportunity of My fullest development as a Individual, denying Me the Guaranteed Rights to the provisions of a common defense and the securing of My Freedoms, Liberties and Prosperities.

## Article One Section one

1.  The PEACE OFFICER deprived Me of My Right to Travel.
2.  The PEACE OFFICER deprived Me of My Right to Life, Liberty, and the Purist of Happiness.
3.  The PEACE OFFICER converted several of My Rights into crimes; which the USA Supreme Court has established that such acts are unlawful.
4.  The PEACE OFFICER did not read Me My Rights, as it pertains to the Miranda Rights Act.
5.  The PEACE OFFICER violated several of My Inherent and Inalienable Rights.

## Article One Section two

1.  The PEACE OFFICER violated My Right to Due Process and Equal Protection.
2.  The PEACE OFFICER deprived me of My Personal Property.

## Conclusion:

I have filed this Impeachment against PEACE OFFICER THOMAS HOSKINSON BADGE # 233 of the MOUNT PROSPECT POLICE DEPARTMENT, MOUNT PROSPECT, ILLINOIS, due to his display of a total disregard to the Constitution for the United States of America, the Treaty of Peace and Friendship of 1786 and the Constitution of Illinois State in which all of My Guaranteed Unalienable Rights are found embedded, yet he being a peace officer was able to so willfully and joyfully violate. The fact that he continuously violated My Guaranteed Right to Due Process Under the Law, My Right to challenge Jurisdiction, My Right to Freedom of Religious Expression and then to discriminate against Me due to My Nationality, without any remorse. This type of attitude, that he is above the/ or is the law, instead of being an overseer of the administration of the law, has led Me to believe that his disregard for the law. It was as if he is incapable of separating his personal views from the clarity of the Law. His actions has shown that he has harmed "We The People" I trust that this Honorable Committee will find favor on behalf of the Petitioner/We the people, to protect the integrity of the Judicial process by enforcing the USA Constitution and sending a message that no one is above the law; was peace officer THOMAS HOSKINSON BADGE #233 in compliance with his oath?; was THOMAS HOSKINSON BADGE #233 presiding as a peace officer or a private person?

### CERTIFIED

Thus be it know that I Saadiq Bey, the undersigned, am competent and certifies that the statements set forth are true, correct and complete, not misleading and is the whole truth to the best of my knowledge are grounded in fact and warranted by law, Executed without the United States.

Sovereign Moorish American National, In Propria Persona, Sui Juris, DeJure

Before me, _Brenda L. Gerald_ a Notary Public, on this day personally appeared know to me or proved to me with vaild identification to be the living soul whose name is subscribed to the foregoing instrument and acknowledge to me that he executed the same for the purpose and consideration therein expressed.

Executed under my hand seal on this _March 31_, Two Thousand Eight A.D.



Signature of Notary Public   _Exp 6/16/2009_

(seal of office)

"OFFICIAL SEAL"
Brenda L. Gerald
Notary Public, State of Illinois
My Commission Exp. 06/16/2009

_(signature)_ _(signature)_

**WITNESS** **WITNESS**

Respectfully,

Done this day 31st day of March, 2008

By: _(signature)_
   Saadiq Bey©, Moorish Amercian National, In Propria Persona,
   Proceeding Sui Juris, Private Sovereign; Secured Party
   UCC 1-207, !-308 All Rights Reserved

## Special Appearance

Saadiq Bey, Sui Juris
C/O P.O. Box 2961
Des Plaines Territory, Illinois state Republic [near]60017
NON DOMESTIC

Case No.08300147-601

**In Propria Persona, Sui Juris**

# IN THE 3TH MUNICIPAL DISTRICT CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## Affidavit

**This is a special appearance, NOT GENERAL, to challenge the jurisdiction of this alleged court and I waive no rights known or unknown and I fully reserve the right to further challenge the jurisdiction of the court on other grounds if applicable.**

**Notice to the agent is a notice to the principal and notice to the principal is a notice to the agent.**

**Comes now, <u>Saadiq Abdul Raheem Ali Bey</u> Flesh and Blood Moorish American National of the United States of America Republic dwelling inside the Illinois Territory within Illinois State Republic, Private Sovereign ,In Propria Persona, Proceeding Sui Juris, a classified truth A-1 Freehold by Inheritance, original Indigenous Moor of a general and permanent character Class A according to Rights of Indigenous People E/Cn. 4/ Sub.2/1994/Add. 1 (1994), non-resident alien, descendant of Indigenous Moroccans born on American soil from a maternal nativity. Not to be intermixed with the stramineus homo idem sonans nom de guerre 14th amendment U.S. citizen/corporation "<u>ROBERT MARION WAKEFIELD</u>" created by a hidden or adhesion contract that has no standing in a court of law for Nul Tiel Corporation, to inform the court it lacks jurisdiction over this living breathing soul.**

**I <u>Saadiq Abdul Raheem Ali Bey</u> (ex rel: ROBERT MARION WAKEFIELD) do not wish to contract with the 3th MUNICIPAL DISTRICT CIRCUIT COURT, COUNTY OF COOK which is located at 2121 E. EUCLID AVENUE, ROLLING MEADOWS, IL.**

**Von Kettler et. al. V. Johnson, 57 Ill. 109 (1870) (if the magistrate has no such jurisdiction, then he and those who advise and act with him, or execute his process are trespassers,")**

Trespasser is defined in Black's Law Dictionary (6th edition) as one who has committed unlawful interference with one's person, property, or rights.

Special Appearance is define in Black's Law Dictionary (6th edition) as the purpose of testing the sufficiency of service or the **Jurisdiction** of the court.

Thus be it known that I Saadiq Abdul Raheem Ali Bey (ex rel: ROBERT WAKEFIELD), the undersigned, am competent and certifies that the statements set forth are true, correct , and complete, not misleading and is the whole truth to the best of my knowledge and grounded in fact and warranted by law. Executed without the United States.

*Saadiq Abdul Raheem Ali Bey*

Saadiq Abdul Raheem Ali Bey ( ex rel: ROBERT MARION WAKEFIELD)
Moorish American National, In Propria Persona, Sui Juris De Jure
ALL RIGHTS RESERVED UCC 1-207, 1-308

Before me, *Mar 19, 2008*　a Notary Public on this day personally appeared known to me with identification to be the living soul whose name is subscribe to the foregoing instrument and knowledge to me that executed the same for the purpose and consideration therein expressed.

Executed under my hand and seal on this day <u>March 19,</u> Two Thousand Seven A.D.

*[signature]*
**WITNESS**

*[signature]*
**WITNESS**

*[signature]* Exp 6/16/09
**Signature of Notary Public**

(Seal of Office)

```
"OFFICIAL SEAL"
Brenda L. Gerald
Notary Public, State of Illinois
My Commission Exp. 06/16/2009
```

# LAWFUL NOTICE
## AFFIDAVIT OF NOTICE OF RIGHT TO CANCEL

Saadiq Bey, Moorish American National sui juris
P.O. Box 2961
Des Plaines Terrority, Illinois state Republic [60017]


**STATE PROSECUTOR**
**3RD MUNICIPAL DISTRICT OF THE CIRCUIT COURT**
**2121 E. EUCLID AVENUE**
**ROLLING MEADOWS, ILLINOIS**

I Saadiq Bey sui juris am rescinding my signature from the Contract Bond Receipt Number # D 8249493 entered into on the day of 03/14/2008 at the 3rd MUNICIPAL DISTRICT OF THE CIRCUIT COURT Threat, Duress and Coercion.

I Saadiq Bey sui juris am canceling this transaction without any penalty or obligation; within five business days from the above date as it is my right to do so. I have no contract with the 3rd MUNICIPAL DISTRICT OF THE CIRCUIT COURT.

The payment of $1,200.00 Twelve Hundred Dollars made by my fiance shall be returned to me within ten business days of date in which notice of cancellation is received, and any security interest arising out of the transaction will be canceled.

## I HEREBY CANCEL THIS TRANSACTION

*Saadiq Bey*

**ALL RIGHTS RESERVED**
UCC 1-207, 1-308

Subscribed and sworn before me, this __14__ Day of __March__, __2008__, a Notary
Public in and for __Cook__ County, Illinois

_____ exp 6/16/2009
Notary   Signature

"OFFICIAL SEAL"
Brenda L. Gerald
Notary Public, State of Illinois
My Commission Exp. 06/16/2009

# CERTIFIED DEMAND FOR PROOF OF JURISDICTION

Via Registered Mail # 7007 2560 0002 5649 3611

Saadiq Bey
P.O. Box 2961
Desplaines Terrority, Illiniois State Republic [60017]

3rd MUNICIPAL DISTRICT OF THE CIRCUIT COURT
2121 E. EUCLID AVENUE
ROLLING MEADOWS, ILLINOIS

Dear: STATE PROSECUTOR

I have studied the law and I do not believe that I am a person under the jurisdiction of your agency, which is defined and limited by Article 1& 8, Clause 17 of the Constitution for these united States of America.

**" It is well established principle of law that all federal legislation applies only within the territorial Jurisdiction of the United States unless a contrary intent appears."** Foley Brothers v. Filardo 3336, U.S. 281 (1948)

It is a principle of law that, once challenged, the person asserting jurisdiction must prove that jurisdiction to exist as a matter of law:

Federal Procedure &20455 states, as follows: " If a parrt's allegations of jurisdictional facts are challenged by an adversary in any appropriate manner, he or she must support them by competent proof."

Also: Please take Notice of the following:    Mc Nutt v. G.M.  56 S. Cty. 789, 80 L.Ed.1135
Griffin v. Matthews, 310 Supp.341,423, F 2d 272
Basso v. U.P.L., 495 F. 2d. 906
Thomson v. Gaskiel, 62 S. Ct. 673, 83 L. Ed. 111

Your jurisdiction over me is hereby challenged on the basis of the following Affidavit of Facts:

1.    I am a Flesh and Blood Natural freeborn Sovereign Moorish American National of the U.S. Republic in propia persona sui juris presently domiciled in Illinois state Republic and not a territory over which the sovereignty of the United States extends.

2.    I am domiciled in the sovereign Illinois state Republic.  I do not reside or earn income or compensation for serves in any Territory, Possession, Instrumentality, or Enclave which

is under the "sovereignty of" or "subject to the jurisdiction of" the United States.

3.    I am not a citizen of the United States subject to its jurisdiction.

4.    I am not a federal government employee or an officer of a corporation under a duty to withhold.

WITNESS: _Nicole C. Lynn_

WITNESS: _Aki Hajai Bey_

### PROOF OF SERVICE

I do hereby certify that I have served 3rd Municipal Dist of the Circuit Court (Name of agency or person served) with a true copy of the within document by Certified Mail with Return Receipt Requested, from Saadiq Bey P.O. Box 2961, Des Plain (City and state mail was sent from).

Date: _March 19, 2008_

_Brenda Gerald_ Exp 6/16/09
Signature of Person Serving

"OFFICIAL SEAL"
Brenda L. Gerald
Notary Public, State of Illinois
My Commission Exp. 06/16/2009



# SECRETARY OF STATE
## STATE OF INDIANA



Todd Rokita
Secretary of State

### *APOSTILLE*
### (Convention de la Haye du 5 Octobre 1961)

1. **Country: United States of America**

2. **This public document has been signed  by** *Rita Anderson*

3. **acting in the capacity of notary public in & for** *Marion* **County**

4. **and bears the seal/stamp of notary public in & for the State of Indiana**

## Certified

5. **at Indianapolis, Indiana**

6. **this** *Twentieth* **day of** *March, 2007*

7. **by Secretary of State of Indiana**

8. **No. A2007 -** *03969*

9. **Seal/Stamp:**

10. **Signature:**



**Todd Rokita**
**Indiana Secretary of State**

*Effective May 1, 2003 all apostilles from the Indiana Secretary of State will have an electronically printed seal.

tdove

Saadiq Abdul Raheem Ali  Bey ©(ex rel: ROBERT WAKEFIELD), Secured Party
Illinois Republic
Al Moroc

Petition for Agreement and Harmony within the admiralty in the Nature of an
**Affidavit Of Obligation Affirmed Right To Travel**

28 U.S.C. §1333 and §1337

# NOTICE OF LAWFUL TRAVEL WITH MOORISH NATIONAL PLATES

A notice to the agent is a notice to the principle and notice to the principle is a
notice to the agent.
Applicable to all successors and assigns

Date: October 1, 2007

From:   Saadiq Abdul Raheem Ali Bey© (ex rel: ROBERT WAKEFIELD), Creditor, Secured Party,
c/o P.O. Box 2961
Des Plaines Terrority, Illinois state Republic near [60017]

To:   SECRETARY OF STATE CONDELEZZA RICE
SHERIFF OF COOK COUNTY THOMAS J. DART
CHICAGO POLICE DEPT SUPERINTENDENT PHILIP J. CLINE
ILLINOIS STATE POLICE DIRECTOR LARRY G. TRENT
ILLINOIS SECRETARY OF STATE JESSE WHITE
MOUNT PROSPECT POLICE DEPARTMENT
MOUNT PROSPECT VILLAGE

Doc#:   0727606027 Fee: $106.50
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 10/03/2007 01:34 PM  Pg:  1 of 17

I, Saadiq Abdul Raheem Ali Bey (ex rel: ROBERT WAKEFIELD), a non commercial, Flesh and
Blood Moorish American National of the united states of America Republic domiciled in the
Des Plaines Territory within the Illinois State Republic, Private Sovereign in Propria Persona,
Proceeding Sui Juris, a classified truth A-1 Freehold by Inheritance, Aboriginal Indigenous
Moor of a general and permanent character Class A according to Rights of Indigenous People
E/Cn. 4/ Sub.2/1994/Add. 1 (1994), non resident alien formally known as ROBERT
WAKEFIELD© do put the above corporate agencies and individuals and all Elected, Appointed
or Employed officials including police officers, agents, or representatives of the City, County,
State and/or Federal Government including Private Foreign corporations and attorneys on notice
that I will be lawfully traveling the highways and byways of the land called the United States of
America carrying Moorish National identification plates upon my private conveyance with the
numbers A2007-03969 corresponding to the **Apostille** number for my **Affidavit of Right To
Travel, and the Moorish Travel Brief** Filed with the Secretary of State of Indiana on March
20, 2007 with the office of Todd Rokita Secretary of State..

This NOTICE is written in harmony with that **Affidavit Of Obligation Affirmed Right To
Travel** which details and supports all facts associated with my constitutional Rights to travel
unencumbered on the public ways located on the Continent North America (North Amexum).
These identification plates are used purely for the sake of avoiding any interference with those

corporate state agencies that come unto the public highway disguised as law enforcement officials without a valid warrant issued in accordance with the guarantees and provisions of the 4th Amendment.

Below is a black and white virtual generation of said plates:



Saaadiq Abdul Raheem Ali Bey©(ROBERT WAKEFIELD), Creditor, Secured Party,
C/o P.O. Box 2961
Des Plaines Terrority, Illinois state Republic near [60017]

Further Libellant sayeth naught.

Given under my hand and seal this the 1st day of the October of 2007 anno Domini.
Prepared and submitted by:

*Saadiq Abdul Raheem Ali Bey©*
Saadiq Abdul Raheem Ali Bey©(ex rell ROBERT WAKEFIELD), UCC 3-402 (b)(1)
Libellant
By: Saadiq Abdul Raheem Ali Bey ©, agent, Libellant, UCC 3-402 (b)(1)
Diplomatic Immunity Registration No. AA222141

*Saadiq Abdul Raheem Ali Bey©*
Signature  lawful man

The above named libellant, personally known to me, appeared before me a Notary, Sworn and under Oath

this _1st_ Day of _October_, 2007.

_____
Notary



Moorish National

A2007

Continental United States

Federal Status: Classified Truth A1-AA22141

GREAT SEAL NATIONAL ASSOCIATION of MOORISH AFFAIRS

03969

## MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
### MOORISH SCIENCE TEMPLE



# AFFIDAVIT
# <u>Right To Travel For</u>

# Saadiq Abdul Raheem Ali Bey

# (ex rel: ROBERT MARION WAKEFIELD)

KNOW ALL MEN AND WOMEN BY THESE PRESENTS, that I

Saadiq Abdul Raheem Ali Bey (ex rel: ROBERT MARION WAKEFIELD)

BEING FIRST DULY AFFIRMED, deposes and saith:

That I have researched the organic laws of the united states of America, including two hundred years of American case law (i.e. common law), and now affirm that I have secured the UNALIENABLE and FUNDAMENTAL, UNRESTRICTED and UNREGULATED RIGHT TO TRAVEL upon both the public walkways and the highways, and transport my personal and allodial property, duly conveyed, unhindered by ANY private, corporate or statutory law, or Department of Motor Vehicles (DMV) regulation or so-called requirement. This unalienable Right to travel is guaranted by the 9th & 10th Amendment of the organic Constitution for the United States of America and Bill of Rights, and upheld by many court decisions in support of that right. I, now explicitly RESERVE, ASSERT and DEFEND that right.

This AFFIDAVIT is submitted upon demand of a driver's license, registration or proof of insurance as part of the official record of ANY ensuing action and must be introduced as evidenced in said action.

That I,    Saadiq Abdul Raheem Ali Bey (ex rel: ROBERT MARION WAKEFIELD)    ,

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



do NOT under any circumstances utilize the public highways for commercial purposes. I am NOT a 14ⁿ Amendment legal "person" engaged in interstate commerce, nor do I derive income from the travel and transport of goods. I am NOT a "driver," nor am I an "operator" of a "motor vehicle." The Driver's License is for motor vehicles involved in commerce only. My private, self-propelled contrivance/carriage is NOT involved in commerce, therefore, it is NOT a "motor vehicle." The corporate State of Illinois Department of Motor Vehicle code does not disclose the true intent and purpose of the statutes, though a "motor vehicle" is adequately and clearly defined in the United States Code (USC).

"Motor Vehicle means every description of carriage or other contrivance or other contrivance propelled or drawn by mechanical power used for commercial purposes." - 18 USC 31

The privilege of using the streets and highways y the operation thereon of motor carriers for hire can be acquired only by permission or license from the state or its political subdivision." Black's Law Dictionary, 5th ed. Page 830

I, _____ Saadiq Abdul Raheem Ali Bey (ex rel: ROBERT MARION WAKEFIELD) _____ ,

cannot in good faith apply for and accept a driver's license, as I would be committing PERJURY. I would have to SWEAR under OATH that I am a member of, citizen of, franchise of, or resident agent) of [fiduciary, surety for] the corporate State of Illinois, when the already established facts by affidavit have evidenced that I am NOT a member of, a citizen of, franchise of or resident (agent) of the corporate State of Illinois or the federal United States.

I, _____ Saadiq Abdul Raheem Ali Bey ( ex rel: ROBERT MARION WAKEFIELD) _____ ,

am Not effectively connected with a trade or business in the corporate monopoly of the United States government, whether federal, State, county or municipal. I am NOT a resident "U.S. citizen but a citizen of the several States domiciled in the sovereign state of Illinois Republic (1833), an American (state) citizen of the united states of America. I am domiciled in a foreign jurisdiction to both the corporate state and federal governments. I have NOT knowingly or willingly waived ANY of my UNALIENABLE RIGHTS.

"The right of the citizen to travel upon the public highways and to transport his/her property thereon either by carriage or automobile, is not mere privilege which a city [a State] may prohibit or permit at will, but a common right which he/she has under the right to life, liberty, and the pursuit of happiness."
Thompson v Smith, 154 SE 579

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his/her property in the ordinary course of his business or pleasure, though this right may be regulated in Accordance with the public interest and convenience." ["Regulated" means traffic safety enforcement, stop lights, signs etc.]
Chicago Motor Coach v Chicago. 169 NE 22

Therefore I,         Saadiq Abdul Raheem Ali Bey (ex rel: ROBERT MARION WAKEFIELD)                    ,

have determined and hereby affirm by affidavit and under oath, by virtue of my declared sovereign (state) citizenship and American case law, that I am NOT required to have government permission to travel, NOT required to have a driver's license, NOT required to have vehicle registration of my personal property, nor to surrender the lawful title of my duly conveyed property to the State as security against government indebtedness and the undeclared federal bankruptcy. ANY administrative rule, regulation or statutory act of ANY State legislature or judicial tribunal to the contrary is unlawful and clearly unconstitutional, thus NULL and VOID. American case law has clearly adjudicated that:

"Where rights secured by the Constitution are involved there can be no rule making or legislature which would abrogate them." - Miranda v. Arizona. 384 U.S.

"The claim and exercise of a constitutional right cannot be converted into a crime." Miller v U.S.. 230 F 2d 486,489

"There can be no sanction or penalty imposed upon one because of this exercise if constitutional rights."
Sherary. Cullen. 481 F 945

ANY action involving a citation or ticket issued, confiscation, impoundment or search and seizure of my private property by a police officer or ANY other public servant or employee which carries a fine or jail time is a penalty or sanction, thus converting a right into a crime. ANY citation or ticket is thus NULL and VOID. Under every circumstance without exception, government officials must hold the Constitution for the United States (1791) supreme over ANY other laws, regulations or orders. Every police (executive) officer or judicial officer has sworn an oath to protect the lives, property and rights of the citizens of their constitutionally protected rights is a direct violation of their oath of office, a felony and a federal crime.

"The Senators and representatives before mentioned, and the Members of the several state Legislatures, and All executive and judicial officers, both of the United states and of the several states, shall e bound by Oath Or Affirmation, to support this Constitution;" U.S. Constitution. Article 6

ANY action by a police (executive) officer, officer of the court, public servant or government official to assert unlawful authority under the "color of law" will e construed as a direct and willful violation of my constitutionally protected rights, and will be prosecuted to the full extent of American law.

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



"Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights." AFLCIO v. Woodward, 406 F2d 137 t.

"Whoever under the color of any law. Statue, ordinance, regulation, or custom, willfully subjects any Inhabitant of any state, Territory, or District to the deprivation of ANY rights, privileges or immunities Inhabitant of any state, Territory, or District to the deprivation of ANY rights, privileges or immunities Secured or protected by the Constitution of laws of the United States... shall be fined not more that $1,000 Or imprisoned not more than one year, or both..." - 18 USC 242

This AFFIDAVIT also certifies that I,

_____ Saadiq Abdul Raheem Ali Bey (ex rel: ROBERT MARION WAKEFIELD) _____

have previously completed and passed a test measuring my competency to safely control a motorized vehicle upon the public highways within the united states of America. I have also met or exceeded all common sense requirements concerning the "rules of the road" and the ability to maneuver a motorized vehicle in a safe and responsible manner.

Pursuant to Title 28, USC 1746(1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief and informed knowledge. And Further deponent saith not. I now affix my signature, and official seal to all of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to UCC §1-207 and UCC §1-103.6.

Respectfully,

*Saadiq Abdul Raheem Ali Bey*

Pricipal, by Special Appearance, in Propria Persona, proceeding Sui Juris, with Assistance, Special

Sworn, Subscribed, sealed and affirmed before me this ___1st___ Day of the ___October___ Month in the Year of Two Thousand ___2007___

Notary Public _____

My Commission Expires ___2/18/2011___

OFFICIAL SEAL
CHANDRA BARBER BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/18/11

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE





POLITICAL STATUS:
Classified- Truth A-1 Freehold by Inheritance Library of
Congress Diplomatic Immunity Registration No. AA222141



# <u>Moorish Science Temple of America</u>
## MOORISH DIVINE AND NATIONAL MOVEMENT OF NORTH AMERICA

## TRAVEL BRIEF IN SUPPORT OF ACCESS TO
## INTERNATIONAL JURISDICTION AND EXTRATERRITORIALITY

THE CONSTITUTION . . . for the United States of America, Amendment IX

"The enumeration in the Constitution of certain rights shall not be construed to deny
or disparage others retained by the people."

THE CONSTITUTION . . . for the United States of America, Amendment IX

"The powers not delegated to the United States by the Constitution, nor prohibited by
it to the States, are reserved to the States respectively, or to the people."

A <u>MOORISH AMERICAN NATIONAL</u> . . . having made proof of my status At Law by way of my Declaration of Nationality, as well
as Sui Juris Indigenous Moor /Private Sovereign. The Supreme Court's construction and application of Property Clause [Article
IV, section 3, clause 2] of the Federal Constitution, confers upon Congress the power to dispose of, and make rules and
regulations as to, property belonging to the United States [49 L Ed 1239, see 63-C Am Jur 2d. Public Land at section 40].

"No public policy of a state can be allowed to override the positive guarantees of the
U.S. Constitution" [Article IV, section 4; See 16 Am Jur 2d. Constitution Law, at section 70].

INSCRIPTION #0000000000000000000000000000

I do not Consent to be a member of the International Registration Plan, Driver's License Compact or Uniform Driver's License Act.
Statutory Codes for Exemptions from Registration and Licensing Requirement stand as Prima Facie Evidence indicative of the foreign
jurisdiction characteristic of Indigenous People residing on the soil and not on the corporate overlay, an extension of the District of
Columbia, pursuant to the United States.  I therefore make explicit reservation of all My Inalienable Rights as a Moorish American
National.

Foreign Minister and Noble _____          Saadiq Abdul Raheem Ali Bey

AUTHORIZED Signature: Ambassador
WITNESS THE HAND AND SEAL
MOORISH SCIENCE TEMPLE OF AMERICA

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



## ACKNOWLEDGEMENT

| | | |
|---|---|---|
| On the Soil | ) | |
| | ) | |
| Cook County | ) | SS. |
| | ) | |
| Illinois State Republic | ) | |

This instrument was acknowledged before me on, this <u>1st</u> day of <u>October</u>, A.D. Two Thousand <u>SEVEN</u>, by <u>Saackp Abdul Raheem ali Bey</u> as Trustee of the Indigenous Moors and Ambassador of the Moorish Science Temple of America. On the day noted above the individual named herein appeared In Propria Persona ["sui juris" and "alieni juria"] before me, a Notary Public of the above State, and demonstrated satisfactory evidence to be the individual whose signature is subscribed hereon. The said individual solemnly affirmed under oath that he/she has first hand Knowledge of the facts contained herein and that the facts are true, correct and complete to the best of his/her knowledge, understanding and belief.

## VERIFICATION UPON OATH OF
## AFFIRMATION JURAT DECLARATION

Private Sovereign Sui Juris Indigenous Moors
The Nationality Act of 1940 and See Form no#1099
54 Stat 1137, Section 101(a) and 8 U.S.C. Section 1101(21)
ALL RIGHTS RESERVED, U.C.C. 1-207 and U.C.C. 1-103.6
In accordance with 28 C.F.R. 16.41(d) and 28 U.S.C. 1746(1)

Secured Party/Creditor and Holder in due Course
U.C.C-1 Financing Statement #   U.C.C. 1-207
EXEMPT FROM LEVY HJR-192, U.C.C. 1-104; 3-104;
10-104 [via 31 U.S.C. 463(b) and PL 73-10];
31 U.S.C. 5118, through 22 U.S.C. 2281

I AM <u>Saadia Abdul Raheem ali Bey</u>

Print Name: Trustee/Ambassador and Moorish American National
Sovereign Moorish Witness, Without Recourse: 8 USC 1408; 15 Stat 223
Private Sovereign Sui Juris Indigenous Moor, Diplomatic Immunity; Registration No#AA222141
UCC 1-207 and UCC 1-103.6; 28 CFR 16.41(d); 28 USC 1746(1)

SUBSCRIBED, SEALED AND AFFIRMED
To before me this <u>1st</u> day of the <u>October</u>

Month in the Year 20 <u>07</u>.

In care of: Post Office Box 9381
The City of Chicago
The County of Cook
The State of Illinois-Republic *de jure* [60609]
Moorish Science Temple of America

Notary Public Signature

OFFICIAL SEAL
CHANDRA BARBER BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/18/11

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



The jurisdiction I Am exercising is the "International Jurisdiction," which is "Internal" and "Private," meaning that it is inside the Body and on the Soil. Therefore, I Am a Private Citizen of the Continental United States of America, and Not a public citizen of the United States. In the International Jurisdiction, as Holder of Preferred Stock, I Am the Allodial Land Owner; and therefore, I Am the owner of the roadways and highways. In the capacity of Sovereign, a Private Citizen of the U.S.A., I may only respond in this manner:

1.    Law Enforcement Officers are to be shown the two document noted below.

   A. THE TRAVEL BRIEF:
   B THE APOSTILLE:

2.    Law Enforcement Officers are to provide the following Documents in exchange for: Driver's License, Registration, Proof of Insurance, Or My Name.

   A. OFFICER'S NAME:
   B. OFFICER'S BOND NUMBER:
   C. NAME & ADDRESS OF BONDING COMPANY:
   D. RISK MANAGEMENT OFFICE NAME & OFFICE ADDRESS:

Please be advised that I Am NOT a "person" under the jurisdiction of your agency, which applies only within the territorial jurisdiction of the United States [Foley Brothers v. Filardo, 336 U.S. 281, 1948], which is defined and limited by the Constitution for the United States of America [Article I, section 8, clause 17]. Please take note: Title 5 of the U.S. Codes, section 556(d): Jurisdiction Issue.

1.    I Am a Sovereign Citizen of the Illinois Republic. I DO NOT reside in Corporate State of Illinois or any Territory, Possession, Instrumentality or Federal Enclave which is under the "Sovereignty of" or "Subject to the Jurisdiction of" the United States.

2.    I Am NOT a citizen of the United States subject to its Jurisdiction; I Am a natural born flesh and blood Citizen of one of the Organic de jure Fifty Republic States of the Continental United States of America, over which the Sovereignty of the United States does NOT extend.

If the Sovereign Citizen is detained or jailed, this action would necessitate His immediate release from custody, upon conformation of his foreign status. Or He may be released on His own "personal recognizance bond." And in the event that the request for this bond is refused or dishonored, then the Sovereign will use the dishonor to charge an "Involuntary bankruptcy" action against any and all parties responsible for His detention, pursuant to Administrative Claims under the Federal Tort Claims Act, as amended July 1, 2002 [28 CFR 14.2, pages 253-254].

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



Police power must be exercised within Constitutional constraints; and under such constraints, police power cannot impinge upon the People's Constitutionally secured rights in "Property" and "Liberty." My private conveyance [passenger vehicle], which is NOT operated for compensation and NOT engaged in commerce, is NOT the property of the STATE. My private conveyance [passenger/motor vehicle] is exempt from the titling, registration and insurance requirements, and is NOT subject to the provisions of the Illinois Vehicle Code, by Right of Avoidance [fraudulent contracts]. There is NO lawful authority to convey the Manufacture's Statement of Origin [MSO] from the "First Seller" to the Illinois Department of Transportation [DOT]. Any Quiet Title action conveying My private conveyance's [passenger/motor vehicle] MSO to the DOT by interlocutory order is unlawful. I hold the receipt, for My private conveyance as the Bona Fide Purchaser and Absolute Owner, in lieu of Proof of Ownership and Vehicle Registration.

I, _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____ ,

a traveler and Non-Driver/Non-Operator, do solemnly declare that I Am a Sovereign Citizen of the Continental United States of America, and may lawfully move or travel upon the roadways and highways going to and from; That I Am the Bone Fide Purchaser, Possessor and Owner of said vehicle with Inscription number recorded herein; That I have Absolute Dominion over the Non-Commercial and Not-for-Hire vehicle bearing said Inscription number.

### ILLINOIS VEHICLE CODE, CHAPTER 6 ILLINOIS DRIVER LICENSE LAW
### ARTICLE I    ISSUANCE OF LICENSE

**WHAT PERSONS ARE EXEMPT:** 625 ILCS 5/6-102

The following persons are exempt from the requirement of section 6-101 and are not required to have an Illinois driver's license . . . if one or more of the following qualifying exemptions are met and apply:

**WHAT PERSONS ARE EXEMPT:** 625 ILCS 5/6-102,2

A nonresident who has in his immediate possession a valid license issued to him in his home state or country may operate a motor vehicle for which he is licensed for the period during which he is in this state;

### ILLINOIS VEHICLE CODE, CHAPTER 3 CERTIFICATES OF TITLE
### ARTICLE I    CERTIFICATE OF TITLE REQUIRED

**WHAT VEHICLE AND/OR PERSONS ARE EXEMPT:** 625 ILCS 3/3-102

No Certificate of Title need be obtained for:

**WHAT VEHICLE AND/OR PERSONS ARE EXEMPT:** 625 ILCS 3/3-102,3

A vehicle owned by a non-resident of this State . . . is not required by law to be registered in this State;

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



### WHAT VEHICLE AND/OR PERSONS ARE EXEMPT: 625 ILCS 5/3-106

That no tax imposed by the "Use Tax Act" or the vehicle use tax, as imposed by section 3-10001 of "The Illinois Vehicle Code," or pursuant to the "Municipal Use Tax Act" or pursuant to the "County Use Tax Act," is owed as evidenced by the receipt for payment or determination of exemption from the Department of Revenue provided for in section 3-104 of this Act [5];

### WHAT VEHICLE AND/OR PERSONS ARE EXEMPT: 625 ILCS 5/3-109

Private Ownership of the Vehicle and Controlling Security interests in it, per Registration without Certificate of Title via the Surety Bond, is required through Secretary of State, Uniform Commercial Code Division. The Private Owner of the Vehicle presents documents of sufficient evidence demonstrating ownership and security interest in the vehicle. A Surety Bond is to be filed, with the Secretary of State, Uniform Commercial Code Division and/or Department of Motor Vehicle, against any expense, loss or damage, on account of any defect in or undisclosed security interest upon the right, title and interest of the applicant in and to the vehicle. Any such interested person has a right of action to recover on the Surety Bond for any breach of its conditions, but the aggregate liability of the Surety to all persons shall not exceed the amount of the Bond;

### WHAT VEHICLE AND/OR PERSONS ARE EXEMPT: 625 ILCS 5/7-608

No verification procedure established under this Code shall include individual inspections of vehicles on a highway solely for the purpose of verifying the existence of an insurance policy. No law enforcement officer shall stop a vehicle solely for the purpose of verifying the existence of a valid insurance policy;

### WHAT VEHICLE AND/OR PERSONS ARE EXEMPT: 625 ILCS 5/7-609

Moorish Science Tempe of America hold a bona fide conviction that the acquisition of Insurance is contrary to their/our religious beliefs.

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



## CERTIFICATE OF EXEMPTION ON INDIGENOUS GROUNDS

## DENIAL OF CORPORATE STATUS AND NEGATIVE AVERMENT

This "Certificate of Exemption" on indigenous/religious grounds, as evidence of insurance, is in accordance with section 5/7-602 of the Illinois Vehicle Code. As an Indigenous Nation and religious organization, pursuant to Affidavit [Form No. 1099] filed "on the private side" with the County of Cook and State of Illinois [Record No. 10105905, page 579, on August 1, 1928 at 1:00 PM 252], the Moorish American Nationals are exempt from the provisions of section 5/7-601 of the Illinois Vehicle Code, for motor vehicles owned by the Moorish Science Temple of America, or those owned by its members. Each member of the Moorish Science Temple of America have filed with the Secretary of State, through the Uniform Commercial Code Division, a current irrevocable INDEMNITY BOND in lieu of Letter of Credit or Surety Bond, issued in accordance with this section [5/7-609] and Article 5 of the Uniform Commercial Code.

The vehicle whose Inscription is recorded herein is NOT owned by the STATE or a political subdivision thereof. There exist NO security interest in said vehicle on behalf of the STATE.

I, _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____,
maintain controlling security interest in said vehicle, pursuant to UCC-1 Financing Statement
# _IllI 96 9I7_ and UCC-3 Amendment #_____, as prima facie evidence of My security interest in said vehicle.

The vehicle is NOT required to be registered . . . And there is NO requirement for a State Certificate of Title. It is NOT required to register a vehicle unless the STATE has acquired ownership of the vehicle. The STATE acquires ownership of the vehicle by the transfer of the security interest at the time of "first sale" or at the time of transfer of the Certificate of Title; and the State's security interest is renewed at the time of annual registration, or re-registration. In other words, if the STATE doesn't own the vehicle, that vehicle cannot be registered. If the STATE doesn't own the vehicle, that vehicle is NOT required to be registered. Therefore, the STATE does NOT possess NOR control the security interest in the vehicle.

In the Nature for a Peace Declaration I, _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____,
Am a Living Soul, a Sovereign, a Private Human Being, a Creditor and Claimant; I AM NOT a Statutory "person" or Juristic "person." I AM Husia/Ousia, a living Being upon the Land and on the Soil; however, I Am domicile on the overlay of the Republic otherwise known as Illinois, a Nation-State established on April 18, 1818 [via Northwest Ordinance of 1787 as a Republic], where the land will forever belong to the People.

Whereas: I, _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____, do hereby solemnly declare that I: 1) A Living Soul, is competent for stating the matters set forth herewith; 2) A Living Soul, have personal knowledge about the facts stated herein; and 3) Everything stated in this TRUTH AFFIDAVIT is the Truth, the whole Truth, and nothing but the Truth; and all stated is true, correct, complete and not misleading, for the best of one's knowledge. NO THIRD PARTIES ALLOWED;

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



**Whereas: I,** _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____ , Am NOT: a man-made created entity; a corporation; a franchise; a subject of Britain, a British Commonwealth, the British Isles, the United Kingdom or the Holy See; a citizen of England, a citizen of the UNITED STATES, a 14th Amendment citizen subject to the jurisdiction of the United States, a citizen of America; a resident, citizen or subject of any earthly territory, Kingdom, or land;

**Whereas: I,** _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____ , Am: a child of the Creative Force, Elohim, who created every thing that is, was, or shall ever be; an heir of the Great Mother, Elohim; and therefore, My Citizenship is on the Soil. While a Sojourner on this earth, I exist on the land commonly known as Illinois, a Republic [April 18, 1818] where the land will forever belong to the people, being established by "We the People". My Mother, Elohim, who created all land and owns all land is Sovereign, and so I Am Sovereign;

**Whereas: I,** _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____ , Am a real-live, flesh and blood, living, breathing soul; proving that I Am NOT a Corporate Fiction and that I DO NOT belong in the Courts of the Corporate Fictions. The entities named below are corporations and I hereby negatively aver their existence:

> CITY OF CHICAGO, COUNTY OF COOK; STATE OF ILLINOIS,
> DISTRICT OF NORTHERN JUDICIAL DISTRICT OF ILLINOIS,
> WASHINGTON, DC; UNITED STATES FEDERAL CORPORATION,
> UNITED STATES, US, USA; UNITED STATES DISTRICT COURT, AND
> ALL BRITISH BAR ASSOCIATES AND ATTORNEYS/LAWYERS/COUNSELOR,
> ESQUIRES/JUDGES.

**Whereas: I,** _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____ , Am NOT in affirmation; but rather, I DENY the existence for the above CORPORATIONS and FICTIONS, and all departments/branches, divisions/subsidiaries of the above corporations/fictions and all other limited liability fictional entities. Furthermore, I OBJECT [and do not ratify] the use of the ALL CAPITAL NAME. The ALL CAP NAME is the fictitious person "doing business as." When anyone is "doing business as" he is entering into contracts. The ALL CAP NAME is prima facie evidence that one is doing business with the STATE;

**WHEREAS:** The FRANCHISE, BIRTH, and/or TRUST CERTIFICATE was created and offered fraudulently and deceitfully, supposedly to aid in the Census, as a means of identification, to document a birth, and for health reason and purposes; the true nature of the BIRTH CERTIFICATE is an unrevealed commercial agreement, an unconscionable adhesion contract with an Agency of the federal, corporate United States, the Department of Commerce; the true nature of the DATE OF BIRTH is to execute the birth of the certificate [by signing, filing and recording], not the "natural" person;

**WHEREAS:** The BIRTH CERTIFICATE is a TRUST INSTRUMENT recorded with County Recorder, a subsidiary of the Secretary of State [of the several states], sent to the Bureau of Census, a division of the Department of Commerce [Washington, DC], placing the above "Name" in commerce as a legal "person" [e.g. corporate Trust, Trustee] distinct said separate from the "natural bond citizen", Indigenous Moor to this land;

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



**WHEREAS:** The Secretary of the States [of the several states] issues and charters corporations and franchises, that any American citizen with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State Department of Revenue for income taxes, and the federal corporate United States for its debt obligations to the Federal Reserve bank;

**WHEREAS:** This TRUST INSTRUMENT has deceived the above "name" into an unrevealed contract placing Myself [and My fellow American Citizens] under the jurisdiction of the federal United States with its tax and regulating authority originating from the Department of Commerce, pursuant to the authority of the Constitution for the United States of America [1789] and under the jurisdiction of the equity, admiralty or maritime jurisdictions of the federal court system; and the Uniform Commercial Code [UCC] of 1969.

**BE IT RESOLVED:** That I, _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____, do declare that any use of My copyrighted private property, , or any derivatives thereof, in correspondence sent for Myself under pretext by the nonexistent FICTIONS listed above, or and other FICTIONAL limited liability entity sent in-care for My Private Property Non-domestic c/o Post Office Box number, Chicago, Illinois, or to the fictitious street address, used in unauthorized and unaccepted correspondence is owned by Myself by Copyright; and I, , will issue an invoice for the unauthorized use thereof.

**NOW, THEREFORE:** Should any man or woman deem that the statements above are not true, please answer by notarized affidavit using their Given Name at Birth and Married Name [if different] for autograph [signature] within ten [10] days, for the notary address. Unrebutted after thirty [30] days from the date of county recording, this affidavit stands as fact.

**THAT: I,** _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____, "To regulate with foreign Nations, and among the several states, and with the Indian Tribes," [See U.S. Constitution, Article 1, section 8, clause 3, Indigenous Moors], have declared and established "sui juris" status in connection with both My "property" and "name". I demand a certified copy with My signed authorization of all documents or contracts being "held-in-due-course", pursuant to UCC 3-305.2, UCC 3-305.52 and UCC 3-505, that create Any legal disability to the claimed "sui juris" status and "alieni juris" relating to My "name". My "name" is My property; and for My "name" to enjoy "sui juris" status that "name" must be free of legal disability resulting from a contract or commercial agreement which is being "held-in-due-course" by a fellow citizen or by any agency of the federal, state, county or municipal government.

**THAT: I,** _____ Saadiq Abdul Raheem Ali Bey (ex rel: Robert Marion Wakefield) _____, REVOKE all powers, including, but not limited to, Powers of Attorney and Agency. I hereby DISSOLVE and TERMINATE any franchise connected with the BIRTH CERTIFICATE or TRUST INSTRUMENT. I hereby remove all commercial activity, including, but not limited to, the LIMITED LIABILITY for the payment of debt. I hereby release the Department of Commerce, its agents and Judiciaries, of their obligation to perform and commercial duties or responsibilities toward Myself. I am NOT in commerce or involved in any commercial activity with the federal corporate United States government or any subsidiary.

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



## THIS IS A LAWFUL AND LEGAL NOTICE: CLAIM AND REMEDY

TO ALL Public Officials, by and through the Secretary of State of Illinois. All letters or communications are to be presented in writing, via Notary Location, signed in red ink under penalty of perjury. This Notice is in the nature of a Miranda Warning. For The Record, On The Record, Let The Record Show: If, for any reason you do not understand any of these Statement, Warnings, it is incumbent upon you to summons a superior officer or supervisor immediately to explain for you the importance of this Presentment [NOTICE]. Your failure will leave you in the position of accepting full responsibility for any liabilities I incur, damages and injuries to My Being from your actions, and the actions of any of your fellow officers.

The individual tending this document is an Original Indigenous Moor and a Private American Citizen of Posterity, a Secured Party and Holder-in-due-Course, a Sovereign and Private "State" in fact [not a 14th Amendment citizen of, nor a subject of, nor owing allegiance to, the federal United States; nor any of the de facto Corporate State contracting thereto]. Therefore, I carry within Myself the original and exclusive peculiar jurisdiction and venue under Our One Supreme Court, the Real Law and Common Law. This matter is Public Record filed with the Secretary of State for the State of Illinois, and may be recorded upon the records and books of the Register of Deeds in Cook County, and published as a Public Notice in said county's Paper of Record.

This Document will become an evidentiary document in any court action undertaken by Myself as a result of any liabilities I incur, injuries and/or damages that befall Myself, from actions on your part and the part of any officers involved herein; or any public officer that may violate any of My Inalienable Rights [at NO time have I waived said Rights] in any future action. Remember, you have taken a solemn and binding Oath to protect and defend the federal Constitution and the Constitution for the Illinois Republic [via the State of Illinois]. A violation of this Oath is Treason! If you move against Myself in defiance of this Presentment [NOTICE], there will be NO IMMUNITY from prosecution.

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE AND NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT.

I, _____ Saadiq Abdul Rahcem Ali Bey (ex rel: Robert Marion Wakefield) _____ , Nunc Pro Tunc Being Of Husia/ Ousia and Elohim ["The Creative Force of Will], Am the Principle; and you are the Agent! Fail not your Oath, lest you will be called to answer before the Highest Court of International Law. The terms and conditions of this Instrument/Presentment [NOTICE] puts liability with you and those acting in concert with you, jointly and severally with the corporations involved with you. An unauthorized-use of My Name in all Capital Letters and/or in Upper and Lower Case Lettering will be taken as a violation of My Privacy Rights and/or common-law copyrighted property rights. The penalty for said unauthorized-use is set forth as follows: Principal Amount set at $1,000,000.00 per use.

# MOORISH HOLY TEMPLE OF SCIENCE OF THE WORLD
## MOORISH SCIENCE TEMPLE



# VERIFICATION UPON OATH OF
# AFFIRMATION JURAT DECLARATION

Private Sovereign Sui Juris Indigenous Moors
The Nationality Act of 1940 and See Form no#1099
54 Stat 1137, Section 101(a) and 8 U.S.C. Section 1101(21)
ALL RIGHTS RESERVED, U.C.C. 1-207 and U.C.C. 1-103.6
In accordance with 28 C.F.R. 16.41(d) and 28 U.S.C. 1746(1)

Secured Party/Creditor and Holder in due Course
U.C.C-1 Financing Statement #    U.C.C. 1-207
EXEMPT FROM LEVY HJR-192, U.C.C. 1-104; 3-104;
10-104 [via 31 U.S.C. 463(b) and PL 73-10];
31 U.S.C. 5118, through 22 U.S.C. 2281

I AM ___Saadiq Abdul Raheem ali Bey___

Print Name: Trustee/Ambassador and Moorish American National
Sovereign Moorish Witness, Without Recourse: 8 USC 1408; 15 Stat 223
Private Sovereign Sui Juris Indigenous Moor, Diplomatic Immunity Registration No#AA222141
UCC 1-207 and UCC 1-103.6; 28 CFR 16.41(d); 28 USC 1746(1)

SUBSCRIBED, SEALED AND AFFIRMED
To before me this _1st_ day of the _October_

Month in the Year 20 _07_.

In care of: Post Office Box 9381
The City of Chicago
The County of Cook
The State of Illinois-Republic *de jure* [60609]
Moorish Science Temple of America

Notary Public Signature

Seal

OFFICIAL SEAL
CHANDRA BARBER BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/18/11

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PHILIP J. CLINE
CHICAGO POLICE DEPARTMENT
3510 S. MICHIGAN AVE
CHICAGO, IL 60653
ATTN: SUPERINTENDENT

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Chicago Police Department
3510 S. Michigan Ave.
Chicago, Il 60653

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0001 6214 4217

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JESSE WHITE
ILLINOIS SECRETARY OF STATE
213 STATE CAPITOL
SPRINGFIELD, IL 62756

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

SECRETARY OF STATE
BY MARK KUNTZI     OCT 1 2 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0001 6214 4170

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MOUNT PROSPECT POLICE
DEPARTMENT
112 E. HIGHWAY
MOUNT PROSPECT IL 60056
ATTN POLICE CHIEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Beth Cucugawski    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Beth Prerrawski    10-11-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0001 6234 4194

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CONDOLEEZZA RICE
SECRETARY OF STATE
U.S. DEPARTMENT OF STATE
2201 C. STREET NW
WASHINGTON, D.C. 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
RECEIVED at:

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2150 0002 5873 8410

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CARY G. TRENT DIRECTOR
ILLINOIS STATE POLICE
501 SOUTH SEVENTH STREET
SPRINGFIELD, IL 62794-9461
EXIT 1100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ned Stackbers_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  ILLINOIS STATE POLICE  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
_Ned Stackbers_

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0001 6214 3647

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Illinois State Police
260 N. Chicago St.
Joliet, IL 60432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Andy Malow_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
MAIL

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7006 0810 0005 5043 2025

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540