

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Saadiq Abdul Raheem Ali Bey (In Propria Persona)
(Please print)

STREET ADDRESS: P.O. Box 2961

CITY/STATE/ZIP: Des Plaines, Illinois [60017]

PHONE NUMBER: (773) 968-2249

CASE NUMBER: 08CV 2831
JUDGE GOTTSCHALL
MAGISTRATE JUDGE SCHENKIER

_Saadiq Abdul Raheem Ali Bey_     5/15/08
Signature                         Date

**FILED**

MAY 1 5 2008  NF
MAY 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT