FILED

JUL 2 9 2008 YM
JUL 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

People of the State of Illinois et. al

Plaintiff(s)

08 CV 2831

Case No. 1: 2008 CV 02831

Judge Gottschall

v.

Saadiq Adul Rotteem Ali Bey

Defendant(s)

Demand to Dismiss: for Want of Prosecution
Failure to Appear/Comply pursuant to;
Federal Rules of Civil Procedure, Rule 41(b)

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS CHICAGO EASTERN DISTRICT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS)<br>Plaintiffs/Respondents  )<br>                                        )<br>vs.                                    )<br>                                        )<br>                                        )<br>                                        )<br>SaadiqAbdul Raheem Ali Bey      )<br>Defendant/Petitioner   )<br>                                        )<br>                                        )<br>                                        ) | CASE NO:  1:2008cv02831<br><br>**Demand to Dismiss: For Want of Prosecution<br>Failure to appear / comply<br>pursuant to:**<br>**Federal Rules of Civil Procedure, Rule 41(b)**<br><br>Honorable: Ms. Joan B. Gottschall |

**DECLARATION: Demand to Dismiss Pursuant to Federal Rules of Civil Procedure, Rule 41 (b)**

 **NOW COMES,** the Defendant/Petitioner, **Saadiq Abdul Raheem Ali Bey,** Moorish American National of the United States of America Republic domiciled in the Chicago Territory within Illinois State Republic, In Propria Persona, Proceeding Sui Juris, Status at Law: Free White Person, Not an Attorney, Not In Pro Se & Not re-presenting myself appearing by Special Visitation [Not general appearance]. For the record, moves the court to Dismiss for Want of Prosecution pertaining to all the charges in this matter due to the following:

1.  On July 23, 2008, Defendant/Petitioner, Saadiq Abdul Raheem Ali Bey appeared before the Honorable Ms. Joan B. Gottschall for a status hearing in the United States District Court for the Northern District of Illinois Chicago Eastern District. Once the case was called, the Plaintiffs/Respondents State of Illinois who was served notice of the proceeding beforehand was not present for the status hearing. At this point, the Defendant/Petitioner Saadiq Abdul Raheem Ali Bey request that the court enter Dismissal for Want of Prosecution pursuant to F.R.C.P. Rule 41 (b). The Honorable Ms. Joan B. Gottschall the presiding judge states that she will make a ruling through the mail.

### Federal Rules of Civil Procedure, Rule 41(b)

**For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or any claim against the defendant.** Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision and any dismissal not provided for in this rule, other than dismissal for lack of jurisdiction, for improper venue, or for failure to join a party under Rule 19, operates as an adjudication upon the merits.

"Although courts should not set aside default judgments or dismissals without good cause, it is the policy of the law to favor the trail of all cases on their merits". **McDaniel v. Romano.**

**Toler v. Shelton,** 157 W. Va. 778, 204 S.E.2d 85 (1974), did not involve dismissal of the plaintiffs case for failure to appear, but rather, dismissal on the defendants plea of res judicata.

**Blankenship v. Bowen's Roof Bolts Sales & Service,** 184 W. Va. 587, 402 S.E.2d 256 (1991), the plaintiffs case was dismissed when he failed to appear on the trail date.

I ask that this Honorable Court take Judicial Notice of the enunciation of principles as stated in **Haines v. Kerner, 404 U.S. 519**, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the Court look to the substance of the pleadings rather than the form.

Wherefore, Defendant/Petitioner, respectfully request that this court enter its dismissing the State of Illinois claim against Defendant/Petitioner for want of prosecution and grant the Defendant/Petitioner sanctions and whatever other the court deems necessary.

## VERIFICATION

Under penalties of perjury I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated this 28th day of July 2008

"Without Prejudice"

*Saadiq Abdul Raheem Ali Bey*

Saadiq Abdul Raheem Ali Bey, Moorish American National, In Propria Persona, Proceeding Sui Juris, Status at Law: Free White Person, Republic Citizen at Law, all rights reserved per Amendment IX Bill of Rights

I Certify that the afore Affiant appeared before me, a Notary, Subscribed and sworn and under

Oath this 28 day of July 2008.

Notary

*Brenda L. Gerald*
Brenda L. Gerald

WITNESS my hand and official seal,

"OFFICIAL SEAL"
Brenda L. Gerald
Notary Public
My Commission