## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2831 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Saadiq Bey v. State of Illinois | | |

**DOCKET ENTRY TEXT**

Defendant Saadiq Bey ("Bey") has removed his case from the Circuit Court of Cook County (the "Circuit Court") to this court [1]. For the reasons set forth in the accompanying order, Bey's case is remanded to the Circuit Court.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | RJ/JGN |
|---|---|---|