# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| State of Illinois | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2831 |
| Saadiq Abdul Raheem Bey | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant Saadiq Bey ("Bey") has removed his case from the Circuit Court of Cook County (the "Circuit Court") to this court, Bey's removal of his state criminal case to federal court is improper. The court hereby remands Bey's case to the state court. Civil Case Terminated.

                Michael W. Dobbins, Clerk of Court

Date: 7/29/2008                        _____

                                            /s/ Rhonda Johnson, Deputy Clerk