# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2831 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Saadiq Bey v. State of Illinois | | |

**DOCKET ENTRY TEXT**

Defendant Saadiq Bey ("Bey") has filed a motion to dismiss this state criminal case, which he has removed from the Circuit Court of Cook County (the "Circuit Court"), for want of prosecution [8]. However, the case has been remanded to the Circuit Court for further proceedings [10]. Bey's motion is therefore denied as moot.

■[ For further details see text below.]

Docketing to mail notices.

**STATEMENT**

Courtroom Deputy Initials: RJ/JGN